**Opinion issued November 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-24-00738-CV**

———————————————

**ALEC KOBAYASHI, Appellant**

**V.**

**HERBERT KOBAYASHI, Appellee**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 491,559**

---

**MEMORANDUM OPINION**

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a

certificate of conference in his motion, appellant's motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.